UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
:
**UNITED STATES OF AMERICA**          :     Crim. No. 3:23CR00188(KAD)
:
v.                                    :
:
**ERIN SULLIVAN**                     :     DATE: October 30, 2023
:
------------------------------------------------------x

### FINDINGS AND RECOMMENDATION ON A PLEA OF GUILTY

The captioned matter was referred to the undersigned by United States District Judge Dooley, and a hearing was conducted on October 30, 2023, in open court and on the record, with the written consent of the defendant, counsel for the defendant and counsel for the United States, regarding the defendant's request to waive indictment and enter a plea of "Guilty" to Counts One and Two of the Information.  Based upon the answers given by the defendant under oath and in the presence of counsel; the remarks of defense counsel and counsel for the government; and the written representations in the plea agreement, I find the following:

- that the defendant is competent to plead;

- that she understands the charges against her in the Information and the charges to which she pleaded guilty;

- that she knows she has the right to be represented by counsel at trial and at every other stage of the proceeding, and is satisfied with her current counsel;

- that she understands her right to plead not guilty and, having already done so, to persist in that not-guilty plea;

- that she understands her right to a jury trial, including the right to confront and cross-examine adverse witnesses, to be protected from compelled self-incrimination, to testify and present evidence, and to compel the attendance of witnesses, and that she understands she would be giving up these trial rights if she pleaded guilty and the Court accepts that plea;

- that she knows the maximum possible sentence including the maximum possible terms of imprisonment and supervised release, the consequence of a violation of supervised release, the maximum potential fine that could be imposed, including restitution, and the mandatory special assessment of $100.00 on each count;

- that she knows that the Court is obligated to consider the advisory sentencing guidelines range, possible departures under the sentencing guidelines, and other sentencing factors under applicable sentencing law, and that any factual disputes at sentencing will be resolved by the Court by a preponderance of the evidence;

- that she understands the immigration consequences and the other collateral consequences of a felony conviction;

- that she knows she will not be permitted to withdraw her plea of guilty if the calculation of the sentencing guidelines or the sentence ultimately imposed is other than she anticipates;

- that she understands her right to appeal, including limitations placed on that right by the terms of a waiver in her plea agreement and that such waiver was knowingly and voluntary;

- **that she understands the elements of the offenses to which she pleaded guilty and that there is a factual basis for the defendant's plea; and**

- **that the defendant's waiver of rights and plea of guilty have been knowingly and voluntarily made, are of her own free will, were not coerced and were not the product of any other promises other than those contained in the plea agreement.**

Accordingly, I hereby RECOMMEND that the defendant's plea of guilty be accepted.

Dated this 30th day of October, 2023, at New Haven, Connecticut.

<u>Maria E. Garcia, U.S.M.J.</u>
**UNITED STATES MAGISTRATE JUDGE**